NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DYKEMA GOSSETT LLP
Ashley R. Fickel (SBN: 237111)
afickel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 457-1800 / Fax: (213) 457-1850

ATTORNEY(S) FOR: Deft ASSET ACCEPTANCE, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN R. MAHLOW, Plaintiff(s), v. ASSET ACCEPTANCE, LLC, Defendant(s) | CASE NUMBER: SACV13-763 CJC (JPRx) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    ASSET ACCEPTANCE, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JONATHAN R. MAHLOW | Plaintiff |
| ASSET ACCEPTANCE, LLC | Defendant |
| Asset Acceptance, LLC is a wholly-owned subsidiary of Asset Acceptance Capital Corp. Asset Acceptance Capital Corp. is a wholly-owned subsidiary of Encore Capital Group, Inc. No publically traded entity owns more than 10% of Encore Capital Group, Inc. | |

August 26, 2013
Date

/s/Ashley R. Fickel
Signature

Attorney of record for (or name of party appearing in pro per):

ASSET ACCEPTANCE, LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On August 26, 2013, I served the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** on all interested parties in this action as follows:

> Jonathan R. Mahlow
> 14162 Holt Avenue
> Santa Ana, CA 92705

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 26, 2013, at Los Angeles, California.

_____
LYNN SPENCER

PAS01\714372.1
ID\ARF – 019956/0999